## USERY & ASSOCIATES

RACHEL J. FAIN, ESQ.
Admitted in CT & NY

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

Direct Dial: 860-954-5122
Email: RFAIN@TRAVELERS.COM

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

May 30, 2023

**Via ECF**

Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

> The request is granted.  The Initial Pretrial Conference shall be adjourned to **June 28, 2023** at 11:00 a.m. in Courtroom 20B.
>
> **SO ORDERED.**
>
> Dated: May 30, 2023
> New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

      **Re:**   *Travelers Indemnity Company v. Axis Insurance Company*
              **Civil Action No.: 1:23-cv-014420-JLR**

Dear Judge Rochlon:

      This office represents the plaintiff, Travelers Indemnity Company ("Travelers"), in connection with the above-referenced action.  Travelers respectfully requests a 30-day adjournment of the initial pretrial conference scheduled before Your Honor for June 7, 2023 at 4:30 p.m.  Travelers submits this request in accordance with Your Honor's Motion and Individual Practice Rules and with consent of counsel for the defendant, Axis Insurance Company ("Axis").

      The reason for the requested adjournment is that Axis' answer to the Complaint is currently due on June 5, 2023.  The parties will require additional time after Axis answers the Complaint and before the initial pretrial conference to confer and complete a joint letter as well as a proposed Civil Case Management Plan and Scheduling Order as required by the Court.

      The initial pretrial conference was originally scheduled for May 23, 2023 and was rescheduled once to June 7, 2023 due to the Court's trial schedule (D.E. 16).  This is the first adjournment request of the initial pretrial conference by either party.  As noted above, counsel for Axis consents to this request.  At this time, the next scheduled appearance before the Court is the initial pretrial conference that is the subject of this adjournment request.

      Thank you for your Honor's attention and consideration.

*Not a Partnership or Professional Corporation All attorneys are Employees of The Travelers Indemnity Company* And its Property Casualty Affiliates

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: | CALIFORNIA OFFICE: |
|---|---|---|---|
| **ONE TOWER SQUARE** | **485 LEXINGTON AVENUE** | **10 SENTRY PARKWAY** | **655 N CENTRAL AVENUE** |
| **MS04A-0000** | **6TH FLOOR** | **SUITE 300** | **SUITE 1100** |
| **HARTFORD, CT 06183** | **NEW YORK, NY 10017** | **BLUE BELL, PA 19422** | **GLENDALE, CA 91203** |

Very truly yours,

*/s/ Rachel J. Fain*

Rachel J. Fain

*Not a Partnership or Professional Corporation All attorneys are Employees of The Travelers Indemnity Company* And its Property Casualty Affiliates

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: | CALIFORNIA OFFICE: |
|---|---|---|---|
| ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 10 SENTRY PARKWAY | 655 N CENTRAL AVENUE |
| MS04A-0000 | 6TH FLOOR | SUITE 300 | SUITE 1100 |
| HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 | GLENDALE, CA 91203 |