**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
TRAVELERS INDEMNITY COMPANY,

                Plaintiff,

-against-                              23 **CIVIL** 1442 (JLR)

**JUDGMENT**

AXIS INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2024, the Court DENIES Axis's motion to dismiss under Rule 12(b)(1), the Court GRANTS Axis's motion to dismiss under Rule 12(b)(6); accordingly, the case is closed.

**Dated:**  New York, New York

      March 27, 2024

                                                  **RUBY J. KRAJICK**

                                                     Clerk of Court

                          **BY:**

                                                     **Deputy Clerk**