# USERY & ASSOCIATES

**RACHEL J. FAIN, ESQ.**
Admitted in CT & NY

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

Direct Dial: 860-954-5122
Email: **RFAIN@TRAVELERS.COM**

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

April 10, 2024

**Via ECF**
Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

> The requested extension of time to move for reconsideration until **April 24, 2024**, is GRANTED.
>
> Dated: April 10, 2024
> New York, New York
>
> **SO ORDERED.**
>
> /s/ Jennifer Rochon
> **JENNIFER L. ROCHON**
> United States District Judge

Re:   *Travelers Indemnity Company v. Axis Insurance Company*
      Civil Action No.: 1:23-cv-01442-JLR

Dear Judge Rochon:

   This office represents the plaintiff, Travelers Indemnity Company ("Travelers"), in connection with the above-referenced action. By way of this correspondence, Travelers respectfully requests a 14-day extension to file a Motion for Reconsideration regarding the Court's Opinion and Order dated March 27, 2024 (Document 46) granting the defendant, Axis Insurance Company ("Axis") motion to dismiss under Federal Rule of Civil Procedure Rule 12(b)(6). Travelers' deadline to file a Motion for Reconsideration is presently April 10, 2024, and the requested 14-day extension would change the deadline to April 24, 2024. This is Travelers' first request for extension as to this deadline.

   The undersigned requests this additional time to finalize discussions with her client regarding the Court's Opinion and Order and prepare a Motion for Reconsideration should one be appropriate. Travelers submits this request in accordance with Your Honor's Motion and Individual Practice Rules and **with consent of counsel for the defendant, Axis.**

   Thank you for your Honor's attention and consideration.

Very truly yours,

*/s/ Rachel J. Fain*

Rachel J. Fain

cc:   All Counsel of Record via CM/ECF

*Not a Partnership or Professional Corporation All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

**HARTFORD, CT • NEW YORK, NY • BLUE BELL, PA • GLENDALE, CA • RANCHO CORDOVA, CA
SAN DIEGO, CA • WALNUT CREEK, CA • CHICAGO, IL • NAPERVILLE, IL**